NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RIVER OAKS CONDOMINIUM
ASSOCIATION, INC. a/k/a RIVER
OAKS II CONDO ASSN., INC.
A domestic corporation,

        Appellant,

v.

CITIZENS PROPERTY INSURANCE
CORPORATION,

        Appellee.

Case No. 2D18-2540

Opinion filed February 27, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Paul L. Huey, Judge.

George A. Vaka and Nancy A. Lauten
of Vaka Law Group, Tampa, for Appellant.

Kara Berard Rockenbach of Link &
Rockenbach, PA, West Palm Beach,
and Christopher D. Marone and
Kenneth Swearingen of Marone Law Group,
PLC, St. Petersburg,
for Appellee.

PER CURIAM.

Affirmed.

KELLY, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.